# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:14-cv-03488-JLS-AJW | Date:  September 28, 2021 |
| Title:  United States of America et al v. INSYS Therapeutics, Inc. et al | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On September 21, 2021, the Court ordered the intervening states and relators to show cause why this action should not be dismissed for failure to file operative complaints or prosecute claims.  (*See* OSC, Doc. 65.)  The intervening states and relators failed to respond to the Court's Order.

Accordingly, the Court DISMISSES this action in its entirety for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Deputy Clerk:  mku